IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK SPRINGER,<br><br>*Plaintiff*<br><br>v.<br><br>GERALD KILHEFNER, et al.<br><br>*Defendants* | CIVIL ACTION<br><br>NO. 5:19-cv-00552 |

# ORDER

**AND NOW**, this 14th day of August, 2019, upon consideration of Defendants' Motion to Dismiss (ECF No. 11) and Plaintiff's Response in Opposition (ECF No. 12), and for the reasons set forth in the Court's accompanying Memorandum, it is **ORDERED** that Defendants' Motion to Dismiss (ECF No. 11) is **DENIED**. Defendants shall answer Plaintiff's Complaint within fourteen (14) days of the date of this Order.

                                                                **BY THE COURT:**

                                                      */s/ Joshua D. Wolson*
                                                      JOSHUA D. WOLSON, J.